IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **MARY S. WISEMAN,** | : |
| **Plaintiff,** | : Case No. 2:20-cv-5523 |
| v. | : Chief Judge Algenon L. Marbley |
| **COMMISSIONER OF SOCIAL SECURITY,** | : Magistrate Judge Elizabeth P. Deavers |
| **Defendant.** | : |

## ORDER ON REPORT AND RECOMMENDATION

On January 24, 2022, the United States Magistrate Judge issued a Report and Recommendation (ECF No. 23) that the Court reverse the Commissioner's decision denying benefits and remand this action under Sentence Four of 42 U.S.C. § 405(g). The parties were advised specifically of their right to object to the Report and Recommendation within fourteen days and of the rights they would waive by failing to do so. (*Id.* at 19). No objection has been filed, and the deadline lapsed on February 7, 2022. Since neither party has objected, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **REVERSES** the Commissioner's determination, and **REMANDS** this action to the Commissioner and the Administrative Law Judge for further proceedings. This case is closed.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED: February 9, 2022**

1